142 So. 441

## Roy NORRIS v. STATE.
### 8 Div. 402.

Supreme Court of Alabama.
May 26, 1932.

Rehearing Denied June 11, 1932.

Carl W. Vann, of Birmingham, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Roy Norris for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Norris v. State, 142 So. 440.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN and KNIGHT, JJ., concur.